IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:03-cr-00062-MP-AK

TOMMY LEE WRIGHT,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 3, Motion for Termination of Supervised Release, filed by Tommy Lee Wright.  Under 18 U.S.C. § 3583(e), a court can terminate a term of supervised release and discharge the defendant at any time after the expiration of one year of supervised release, "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."  After consulting with the probation department, the Court finds that such action in not warranted by the conduct of the defendant in this case.  Accordingly, the motion for termination (doc. 3) is denied.

    **DONE AND ORDERED** this  *7th*   day of September, 2005

                      *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge